UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSE ANTONIO RODRIGUEZ,

    Plaintiff,

vs.

CORRECTIONAL TRAINING FACILITY SOLEDAD,

    Defendant.

No. C 12-5228 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order on November 16, 2012, the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend within twenty-eight days. Although the time to amend has expired, plaintiff has not amended. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: February 8, 2013.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.12\Rodriguez5228.dsm.wpd